THE TUROCI FIRM
Todd Turoci (State Bar No. 160059)
Dustin Nirschl (State Bar No. 326648)
3845 Tenth Street
Riverside, CA 92501
Telephone: 888-332-8362
Facsimile: 866-762-0618
Email: mail@theturocifirm.com

Attorney for Plaintiff

FILED & ENTERED

JUL 29 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DANI TRANSPORT SERVICES, INC.,<br><br>Debtor. | Case No. 6:20-bk-11234-WJ<br><br>CHAPTER 11<br><br>Adv. Proc. No. 6:20-ap-01041-WJ<br><br>**DISMISSAL ORDER** |
| DANI TRANSPORT SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTAS FUNDING, LLC,<br><br>Defendant. | |

The Court has reviewed the "Notice of Voluntary Dismissal of Adversary Proceeding Pursuant to FRBP 7041 and FRCP 41(a)" filed on June 5, 2020 as docket number 5. Good cause appearing, the Court hereby orders as follows:

1. This adversary proceeding is hereby dismissed without prejudice.

IT IS SO ORDERED.

###

Date: July 29, 2020

Wayne Johnson
United States Bankruptcy Judge